UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2016 JUN 30 PM 2:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____TH____ DEPUTY

| | |
|---|---|
| William Barnett,<br><br>      Plaintiff,<br><br>vs.<br><br>Chris Cole, et al.,<br><br>      Defendant. | CASE NO. 14CV0989-JLS(WVG)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER Local Cv Rule 41.1 FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: June 30, 2016

_____
Honorable Janis L. Sammartino
UNITED STATES DISTRICT JUDGE

ENTERED ON _____